*1012 534 U. S. 1127;
534 U. S. 857;
534 U. S. 862;
534 U. S. 866;
534 U. S. 872;
534 U. S. 880;
ante, p. 911;
534 U. S. 1156;
*1013 No. 01-913.
No. 01-1055.
No. 01-5178.
No. 01-5862.
No. 01-6838.
No. 01-6909.
No. 01-6952.
No. 01-6995.
No. 01-7052.
No. 01-7077.
No. 01-7082.
No. 01-7312.
No. 01-7351.
No. 01-7371.
No. 01-7531.
No. 01-7651.
534 U.S. 1134;
534 U. S. 1135;
534 U. S. 907;
534 U.S. 976;
534 U. S. 1087;
534 U. S. 1050;
534 U. S. 1092;
534 U. S. 1093;
534 U. S. 1106;
534 U. S. 1136;
534 U. S. 1106;
534 U. S. 1108;
534 U. S. 1143;
534 U. S. 1144;
534 U. S. 1150; and
ante, p. 908. Petitions for rehearing denied.